IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OCTAVIA JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JK ATLANTA ENTERPRISE, INC. and JAESUNG KIM, d/b/a AMERICAN DELI,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-4336-SCJ |

### O R D E R

Counsel for the Plaintiff having filed notice [Doc. No. 10] advising the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 31st day of January, 2017.

　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　STEVE C. JONES
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE